**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN COLEMAN**                                                                           **PLAINTIFF**

**v.**                         **4:05CV01000-WRW**

**INTERNATIONAL PAPER COMPANY**                       **DEFENDANT**

**ORDER**

Pending is AIG Claim Services's Motion to File a Complaint in Intervention.[1] Plaintiff John Coleman responded and does not object to the Motion for Intervention, but denies that AIG Claim Services is entitled to a lien.[2]

Plaintiff settled a lawsuit against Defendant International Paper Company for injuries related to an accident that occurred when his tractor trailer overturned. Intervenor, AIG Claim Services is the workers compensation carrier for Plaintiff's employer. It has a right to intervene under Fed. R. Civ. P. 24 (a), to protect its right to subrogation recognized by Ark. Code. Ann. § 11-9-410.

Accordingly, the Motion to Intervene is GRANTED and the Complaint in Intervention may be filed.

IT IS SO ORDERED this 6th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.

[2] Doc. No. 16.